UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| BRENDA CHOATE, Personal Representative Of the Estate of Ryan Rideout, | ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil No. 08-49-B-JAW |
| JEFFREY MERRILL, et al., | ) ) | |
| Defendants | ) ) | |

ORDER PURSUANT TO 34-A M.R.S.A. § 1216

It is hereby ordered, pursuant to 34-A M.R.S.A. § 1216, that the following records of the

decedent or relating to the decedent, if any, in the possession of the Maine Department of

Corrections be released to all the parties in  this action:

1.      All medical records of the decedent;

2.      All mental health, substance abuse, and other counseling records of the decedent;

3.      All records concerned with the suicide of the decedent, including, but not limited

to, any investigation into his suicide; and

4.      All other records containing information directly related to the allegations set out

in the plaintiff's complaint.

The name or other identifying information about any person that has been in the custody

or under the supervision of the Department, other than the decedent, is not to be disclosed, and

any information made absolutely confidential by 34-A M.R.S.A. § 1216 or by other state or

federal law, made confidential by 16 M.R.S.A. § 614(1) (C), (D), (E), or (G), or coming within

any privilege is not to be disclosed, except upon further order of the court.  The records released

pursuant to this order shall not be disclosed or used  by the parties, counsel for the parties, or

experts or other persons assisting counsel for the parties for any purpose other than to prepare for

and to conduct discovery and trial in this action, including any appeal thereof.


***So Ordered.***

Dated:  May 21, 2008                                    /s/ Margaret J. Kravchuk
                                                        U.S. Magistrate Judge