UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRENDA CHOATE, Personal Representative of the Estate of Ryan Rideout, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY MERRILL, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) )   CV-08-49-B-W |

**ORDER AFFIRMING THE RECOMMENDED**
**DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed September 2, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant Corey Robinson's Motion for Summary Judgment (Docket # 126) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of September, 2009